good faith actually dissatisfied with the services of the plaintiff servant, at the time of the discharge in question. As the issue was not submitted to the jury on this theory, the judgment and order are reversed, and a new trial granted, costs to abide the event.

In re LUDLOW AVE., ETC., IN CITY OF NEW YORK. (Supreme Court, Appellate Division, First Department. May 8, 1914.) In the matter of the City of New York, concerning Ludlow Avenue, Whitlock Avenue, and the public place at intersection of Whitlock Ave., Hunt's Point Road and Southern Boulevard. No opinion. Motion to dismiss appeal granted, with $10 costs. Order filed.

LUTKINS, Respondent, v. LUTKINS, Appellant. (Supreme Court, Appellate Division, First Department. May 8, 1914.) Action by Mary Lutkins against Theodore L. Lutkins, Jr. H. W. Palmer, of New York City, for appellant. L. Bertcher, of New York City, for respondent. No opinion. Order affirmed, with $10 costs and disbursements. Order filed.

McCABE, Appellant, v. BROOKLYN HEIGHTS R. CO., Respondent. (Supreme Court, Appellate Division, Second Department. May 15, 1914.) Action by Patrick McCabe against the Brooklyn Heights Railroad Company. No opinion. Under the proofs in this case, the questions of plaintiff's freedom from contributory negligence and defendant's negligence were questions for the jury. Judgment of the County Court of Kings County reversed, and new trial ordered, costs to abide the event.

McCLELLAND, Respondent, v. MUTUAL LIFE INS. CO. OF NEW YORK, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 18, 1914.) Action by Alice W. McClelland against the Mutual Life Insurance Company of New York.

PER CURIAM. Judgment affirmed, with costs. See opinion of Foote, J., on former appeal in same case, reported at 151 App. Div. 264, 135 N. Y. Supp. 735.

MERRELL, J., not sitting.

McCORMICK v. TYLER. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Wm. P. McCormick against Frank H. Tyler, as sole executor, etc. No opinion. Motion to dismiss appeal granted, with $10 costs, unless appellant comply with terms stated in order. Order filed.

McDONALD, Respondent, v. SOFTY, Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by William McDonald against John F. Softy.

PER CURIAM. Judgment and order reversed, and complaint dismissed, with costs of the action and of this appeal. The only actionable negligence alleged in the complaint is defendant's failure "to provide and install scaffolding, aprons, or other appliances or devices to catch and prevent mortar or other articles from falling upon persons working below." The evidence introduced on the part of plaintiff fails to establish, either that it was customary to have such appliances under the circumstances here disclosed, or that it was practicable to do so.

McDONALD, Appellant, v. WEINHEIMER, Respondent. (Supreme Court, Appellate Division, Fourth Department. April 29, 1914.) Action by Sarah R. McDonald against Lambert H. Weinheimer. No opinion. Appeal dismissed, without costs, upon stipulation filed.

McKEAN, Appellant, v. HILL et al., Respondents. (Supreme Court, Appellate Division, Second Department. May 25, 1914.) Action by John F. McKean against William Hill and others. No opinion. Motion to dismiss appeal denied, with $10 costs.

MACKEY, Appellant, v. DOOLING, Respondent. (Supreme Court, Appellate Division, First Department. May 22, 1914.) Action by Joseph J. A. Mackey against Peter J. Dooling. S. H. Stuart, of New York City, for appellant. R. L. Luce, of New York City, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

McKIBBIN, Respondent, v. PHILADELPHIA & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. April 10, 1914.) Action by Robert J. McKibbin against the Philadelphia & Reading Railway Company. No opinion. Order affirmed, with $10 costs and disbursements, on the authority of Pope v. Terre Haute Car & Mfg. Co., 87 N. Y. 137, and Grant v. Cananea Con. Copper Co., 189 N. Y. 241, 82 N. E. 191. See, also, 147 N. Y. Supp. 1124.

McKIBBIN, Respondent, v. PHILADELPHIA & R. RY. CO., Appellant. (Supreme Court, Appellate Division, Second Department. May 8, 1914.) Action by Robert J. McKibbin against the Philadelphia & Reading Railway Company. No opinion. Motion for leave to appeal to the Court of Appeals denied. See, also, 147 N. Y. Supp. 1124.

McKOON, Respondent, v. DILTS MACH. WORKS, Inc., Appellant. (Supreme Court, Appellate Division, Fourth Department. May 20, 1914.) Action by Fremont C. McKoon against the Dilts Machine Works, Incorporated. No opinion. Judgment and order affirmed, with costs.

McMAHON, Respondent, v. MALTBY, Appellant. (Supreme Court, Appellate Division, Fourth Department. April 4, 1914.) Action by James J. McMahon against Jerome B. Maltby.

PER CURIAM. Judgment and order affirmed, with costs.

MERRELL, J., dissents.

McNAMEE, Appellant, v. LEAVITT, Respondent. (Supreme Court, Appellate Division, First Department. April 17, 1914.) Action by Katherine J. McNamee against James E. C. Leavitt, as administrator, etc. Leonard J. Langbein, of New York City, for appellant. R.